IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SOVERAIN SOFTWARE LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:12-cv-141[1] |
| | § | |
| ORACLE CORPORATION et al. | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**JOINT MOTION TO STAY PROCEEDINGS AND DEADLINES**

Plaintiff Soverain Software LLC and the Defendants in this consolidated action file this Joint Motion to Stay Proceedings and Deadlines while Soverain petitions for rehearing of the U.S. Court of Appeals for the Federal Circuit's decision in *Soverain Software LLC v. Newegg Inc.*, No. 2011-1009 (Jan. 22, 2013) ("*Newegg*"). In *Newegg*, the Federal Circuit held that certain claims of the '314 and '492 patents were obvious as a matter of law. The invalidated claims include some of the same claims asserted by Soverain in this action, as well as others from both of the patents-in-suit. Soverain intends to file a petition requesting rehearing in the *Newegg* decision.

Because the Federal Circuit's disposition of Soverain's petition for rehearing of the *Newegg* decision may affect how this litigation proceeds, the parties believe that good cause

---

[1] Cases consolidated for pre-trial proceedings (except for venue) are: Case No. 6:12-cv-142, Case No. 6:12-cv-143, Case No. 6:12-cv-144, Case No. 6:12-cv-145, Case No. 6:12-cv-146, Case No. 6:12-cv-147, Case No. 6:12-cv-148, Case No. 6:12-cv-149, Case No. 6:12-cv-150, Case No. 6:12-cv-151, Case No. 6:12-cv-152, No. 6:12-cv-153.

exists to stay the proceedings in this matter until the Federal Circuit resolves Soverain's request for rehearing. Specifically, the parties request that the Court stay all deadlines and postpone all proceedings in this matter, including but not limited to, all discovery and mediation deadlines in the Court's Docket Control and Discovery Orders [Dkt. Nos. 66, 63], the deadline for Soverain's opposition to Defendant's Motion for Reconsideration [Dkt. No. 127], and any further motion practice by the parties until the earlier of: (1) July 1, 2013, or (2) two weeks after the date that the Federal Circuit grants or denies Soverain's petition for rehearing. Upon the earlier of these events, the stay will expire automatically, and if the Federal Circuit rules on the petition before July 1, 2013, the parties will give notice to the Court as soon as practicable thereafter on the date the stay will expire. The parties further agree that within two weeks of the expiration of the stay, they will meet and confer and submit a proposed schedule for resuming the litigation to the Court.

DATED: February 15, 2013

                              Respectfully submitted,

                              By: */s/ Stephen C. Stout*
                              David B. Weaver (TX Bar No. 00798576)
                              Lead Attorney
                              Stephen C. Stout (TX Bar No. 24060672)
                              VINSON & ELKINS LLP
                              2801 Via Fortuna, Suite 100
                              Austin, TX 78746-7568
                              Tel.: (512) 542-8400
                              Fax: (512) 542-8612
                              dweaver@velaw.com
                              sstout@velaw.com

Constance S. Huttner *(admitted pro hac vice)*
Hilary L. Preston (TX Bar No. 24062946)
VINSON &ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel.: (212) 237-0000
Fax: (212) 237-0100
chuttner@velaw.com
hpreston@velaw.com

*Attorneys for Defendants Euromarket Designs, Inc. and Meadowbrook L.L.C. (Case No. 6:12-cv-145); Nordstrom, Inc. (Case No. 6:12-cv-148); Williams-Sonoma, Inc. (Case. No. 6:12-cv-150); Saks Incorporated and Saks Direct, LLC (Case No. 6:12-cv-151); Office Depot, Inc. (Case No. 6:12-cv-152); Walgreen Co., Beauty.com, Inc., Drugstore.com, Inc., and Vision Direct, Inc. (Case No. 6:12-cv-153).*

By: /s/ Justin A. Nelson
T. John Ward, Jr. (TX Bar No. 00794818)
J. Wesley Hill (TX No. 24032294)
Claire Abernathy Henry
(TX Bar No. 24053063)
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, TX 75601
Tel.: (903) 757-6400
Fax: (903) 757-2323
jw@wsfirm.com
wh@wsfirm.com
claire@wsfirm.com

Max L. Tribble, Jr.(TX Bar No. 20213950)
Lead Attorney
John P. Lahad (TX Bar No. 24068095)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
jlahad@susmangodfrey.com

Justin A. Nelson (State Bar No. 24034766)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Tel.: (206) 516-3880
Fax: (206) 516-3883
jnelson@susmangodfrey.com
Victoria Cook (State Bar No. 24031912)
Kalpana Srinivasan (CA State Bar No. 237460)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel.: (310) 789-3100
Fax: (310) 789-3150
vcook@susmangodfrey.com
ksrinivasan@susmangodfrey.com

Michael C. Smith (TX Bar No. 18650410)
SIEBMAN, BURG, PHILLIPS & SMITH L.L.P.
113 East Austin St.
P.O. Box 1556
Marshall, TX 75671
Tel.: (903) 938-8900
Fax: (903) 767-4620
michaelsmith@seibman.com

S. Calvin Capshaw (TX Bar No. 03783900)
Elizabeth L. DeRieux (TX Bar No. 05770585)
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, TX 75601-5157
Tel.: (903) 236-9800
Fax: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

***Attorneys for Soverain Software LLC***

By:  /s/ Clayton C. James
Clayton C. James
Srecko Vidmar
HOGAN LOVELLS LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel.: (303) 899-7300
Fax: (303) 899-7333
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com

*Attorneys for Defendants Oracle Corporation, Oracle OTC Subsidiary LLC, Best Buy Co., Inc., BestBuy.com LLC, Neiman Marcus, Inc., The Neiman Marcus Group, Inc., BergdorfGoodman.com, LLC, and OfficeMax, Inc.*


By:  /s/ Richard M. Cowell
Eric M. Albritton (TX Bar No. 00790215)
Debra Coleman (TX Bar No. 24059595)
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
Tel.: (903) 757-8449
Fax: (903) 758-7397
ema@emafirm.com
drc@emafirm.com

John M. Desmarais (NY Bar No. 4546685)
Jon T. Hohenthaner (NY Bar No. 2948271)
Richard M. Cowell (NY Bar No. 4617759)
DESMARAIS LLP
230 Park Ave.
New York, NY 10169
Tel.: (201) 351-3400
Fax: (201) 351-3401
jdesmarais@desmaraisllp.com
jhohenthaner@desmaraisllp.com
rcowell@desmaraisllp.com

*Counsel for International Business Machines Corp., Fossil, Inc. and Home Depot U.S.A., Inc.*

By:  /s/ Eric J. Lobenfeld
John M. Pickett
LAW OFFICES OF JOHN PICKETT
4122 Texas Boulevard
Texarkana, TX 75504
Tel.: (903) 794-1303
Fax: (903) 792-5098
jpickett@jpickettlaw.com

Eric J. Lobenfeld
Ira J. Schaefer
Lyndon M Tretter
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Tel.: (212) 918-3000
eric.lobenfeld@hoganlovells.com
ira.schaefer@hoganlovells.com
lyndon.tretter@hoganlovells.com

*Attorneys for Defendants J. Crew Group, Inc. and Madewell, Inc. (Case No. 6:12-cv-144) and Kohl's Corporation and Kohl's Department Stores, Inc. (Case No. 6:12-cv-149)*


By:  /s/ Nicholas G. Papastavros
Claudia Wilson Frost (TX Bar No. 21671300)
DLA PIPER LLP
1000 Louisiana, Suite 2800
Houston, TX 77002
Tel.: 713.425.8450
Fax: 713.300.6050
claudia.frost@dlapiper.com

Nicholas G. Papastavros (BBO No. 635742)
DLA PIPER LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
nick.papastavros@dlapiper.com

*Attorneys for Defendants Staples, Inc. and Quill Corporation*

By: _/s/ Melissa Hotze_
Eric H. Findlay (TX Bar No. 00789886)
Brian Craft (TX Bar No 04972020)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy., Ste. 101
Tyler, TX 75703
Tel.: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Jared Bobrow Arjun Mehra
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel.: (650) 802-3000
Fax: (650) 802-3100
jared.bobrow@weil.com
arjun.mehra@weil.com

Melissa Hotze  (State Bar No. 24049831)
WEIL, GOTSHAL & MANGES, LLP
700 Louisiana, Suite 1600
Houston, TX 77002-2755
Tel.: (713) 546-5033
Fax: (713) 224-9511
melissa.hotze@weil.com

J. Christopher Carraway
Richard D. Mc Leod, TX Bar No. 24026836
James E. Geringer
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Tel.: (503) 595-5300
Fax: (503) 595-5301
christopher.carraway@klarquist.com
rick.mcleod@klarquist.com
james.geringer@klarquist.com

*Attorneys for Defendants eBay Inc., GSI Commerce, Inc., PayPal Inc. and RadioShack Corp*

By: _/s/ Daniel H. Brean_
Kent E. Baldauf, Jr., Lead Attorney
Bryan P. Clark
Daniel H. Brean
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Boulevard, Suite 1200
Pittsburgh, PA 15222
Tel.: (412) 471-8815
Fax: (412) 471-4094

Trey Yarbrough
Debra E. Gunter
YARBROUGH WILCOX GUNTER
100 E. Ferguson St., Suite 1015
Tyler, TX 75702
Tel.: (903) 595-3111
Fax: (903) 595-0191

*Attorneys for Defendants Macy's, Inc., Macys.Com, Inc. and Bloomingdale's, Inc*.

**CERTIFICATE OF SERVICE**

I certify that on February 15, 2013, all counsel of record who are deemed to have consented to electronic service were served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Stephen C. Stout*
Stephen C. Stout

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Plaintiff and Defendants have complied with the meet and confer requirements in Local Rule CV-7(h).  Counsel for Plaintiff and Defendants conferred via telephone and email, reached agreement on proposed the stay and agreed to file this joint motion.

*/s/ Stephen C. Stout*
Stephen C. Stout
