**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SOVERAIN SOFTWARE LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ORACLE CORPORATION, ORACLE OTC SUBSIDIARY LLC, BEST BUY CO., INC., BESTBUY.COM, LLC, NEIMAN MARCUS, INC., THE NEIMAN MARCUS GROUP, INC., BERGDORFGOODMAN.COM, LLC, and OFFICE MAX, INC.** <br><br> Defendants. | § § § § § § § § § § § § § § § § Civil Action No. 6:12-cv-141[1] <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION BETWEEN PLAINTIFF SOVERAIN SOFTWARE LLC AND DEFENDANTS ORACLE CORPORATION, ORACLE OTC SUBSIDIARY LLC, BEST BUY CO, INC., BESTBUY.COM, LLC, NEIMAN MARCUS, INC., THE NEIMAN MARCUS GROUP, INC., BERGDORFGOODMAN.COM, LLC, OFFICE MAX, INC, WALGREEN CO., WALGREENS.COM, INC AND ORDER OF DISMISSAL**

Plaintiff Soverain Software LLC ("Plaintiff") and Defendants Oracle Corporation and Oracle OTC Subsidiary LLC ("the Oracle Defendants") have entered into a Settlement Agreement and a Patent License Agreement effective as of April 8, 2014 (collectively, "the Agreements") and hereby stipulate, subject to this Court's approval, that:

1. Plaintiff's complaint against the Oracle Defendants in Case No. 6:12-cv-141 is dismissed <u>with</u> prejudice subject to the terms of the Agreements.

2. The Oracle Defendants' counterclaims against Plaintiff in Case No. 6:12-cv-141 are dismissed <u>with</u> prejudice subject to the terms of the Agreements.

---

[1] Cases consolidated for pre-trial proceedings (except for venue) are: Case No. 6:12-cv-142, Case No. 6:12-cv-143, Case No. 6:12-cv-144, Case No. 6:12-cv-145, Case No. 6:12-cv-146, Case No. 6:12-cv-147, Case No. 6:12-cv-148, Case No. 6:12-cv-149, Case No. 6:12-cv-150, Case No. 6:12-cv-151, Case No. 6:12-cv-152, No. 6:12-cv-153.

3. Plaintiff's complaint against Defendants Best Buy Co., Inc., Bestbuy.com LLC, Neiman Marcus, Inc., The Neiman Marcus Group, Inc., BergdorfGoodman.com, LLC, and Office Max, Inc. in Case No. 6:12-cv-141 is dismissed <u>without</u> prejudice subject to the terms of the Agreements.

4. Defendants Best Buy Co., Inc.'s, Bestbuy.com LLC's, Neiman Marcus, Inc.'s, The Neiman Marcus Group, Inc.'s, BergdorfGoodman.com, LLC's, and Office Max, Inc.'s counterclaims against Plaintiff in Case No. 6:12-cv-141 are dismissed <u>without</u> prejudice subject to the terms of the Agreements.

5. Plaintiff's complaint against Defendant Walgreens.com, Inc. in Case No. 6:12-cv-153 is dismissed <u>without</u> prejudice subject to the terms of the Agreements.

6. Defendant Walgreens.com, Inc.'s counterclaims against Plaintiff in Case No. 6:12-cv-153 are dismissed <u>without</u> prejudice subject to the terms of the Agreements.

7. Solely to the extent based on Walgreens.com, Inc., Plaintiff's complaint in Case No. 6:12-cv-153 against Defendant Walgreen Co. is dismissed <u>without</u> prejudice subject to the terms of the Agreements.

8. Solely to the extent based on Walgreens.com, Inc., Defendant Walgreen Co.'s counterclaims against Plaintiff in Case No. 6:12-cv-153 are dismissed <u>without</u> prejudice subject to the terms of the Agreements.

9. Plaintiff's claims against the remaining defendants in Case No. 6:12-cv-153 – Beauty.com, Inc., Drugstore.com, Inc., and Vision Direct, Inc. – are unaffected by this stipulation and remain asserted.

10. Each party shall bear its own fees, expenses, and costs.

STIPULATED AND AGREED TO:

*/s/ John Lahad*
T. John Ward, Jr.
State Bar No. 00794818
jw@wsfirm.com
J. Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
claire@wsfirm.com
WARD AND SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323

Max L. Tribble, Jr. – Lead Counsel
State Bar No. 20213950
mtribble@susmangodfrey.com
John P. Lahad
State Bar No. 24068095
jlahad@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Justin A. Nelson
State Bar No. 24034766
jnelson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Kalpana Srinivasan
CA State Bar No. 237460
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Michael C. Smith
State Bar No. 18650410
SIEBMAN, BURG, PHILLIPS & SMITH L.L.P.
113 East Austin St.
P.O. Box 1556

*/s/Clayton C. James*
Clayton C. James
Srecko Vidmar
HOGAN LOVELLS LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
(303) 899-7300 (phone)
(303) 899-7333 (fax)
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com

***Attorneys for Defendants Oracle Corporation, Oracle OTC Subsidiary LLC, Best Buy Co., Inc., BestBuy.com LLC, Neiman Marcus, Inc., The Neiman Marcus Group, Inc., BergdorfGoodman.com, LLC, and OfficeMax, Inc.***

Marshall, Texas 75671
Telephone: (903) 938-8900
Facsimile: (903) 767-4620
michaelsmith@seibman.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

*Attorneys for Soverain Software LLC*